1

2

3                              UNITED STATES OF AMERICA
                           WESTERN DISTRICT OF WASHINGTON
4                                    AT SEATTLE

5    OSSIE LEE SLAUGHTER,

6                     Plaintiff,                    Case No. C05-1880P

7    v.

8    CAPTAIN LOLLIE, et al,                         MINUTE ORDER

9                     Defendants.

10

11          The following minute order is made by the direction of the court, the Honorable Marsha J.

12   Pechman:

13          This case is transferred to the Honorable John C. Coughenour as related to C05-1689C.

14          All future pleadings should reflect the change in the case caption as follows: C05-1880C-MAT.

15

16          Filed and entered this 12th day of December, 2005.

17

18

19                                            BRUCE RIFKIN, Clerk

20                                        By   /S/Eileen Scollard

21                                            Deputy Clerk

22

23

24

25

26
     MINUTE ORDER